# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV 14-05406 JAK (MANx) | Date | November 24, 2014 |
| Title | Yolanda Lopez, et al. v. Anthony Trendacosta, et al. | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Paul Songco for Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Boris Smyslov | Sara Overton, Anita Brenner |

**Proceedings:** DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT (DKT. 7);
DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT (DKT. 30);
PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT (DKT. 47);
PLAINTIFF'S REQUEST TO ENTER DEFAULT AGAINST DEFENDANT IVAN AVILES (DKT. 34);
PLAINTIFF'S REQUEST TO ENTER DEFAULT AGAINST DEFENDANT MARIA LUISA AVILES (DKT. 36);
SCHEDULING CONFERENCE

The motion hearing is held. The Court states its tentative views and counsel address the Court. The parties are ordered to meet and confer and file a joint statement by no later than December 1, 2014, concerning the appellate matters discussed in Court. The statement shall not exceed three (3) pages, and shall include a list of the proceedings before the Second Appellate District, including the case number, name of the individual(s) that presented the matter, and any other materials that describe the substance of the appellate proceedings. Additionally, the parties shall provide the Court their proposed schedule of pretrial and trial dates pursuant to Rule 16(b)/26(f). The Court takes the motions UNDER SUBMISSION and will issue a written ruling.

**IT IS SO ORDERED.**

: 31

Initials of Preparer    ps